IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KEITH ANDERSON and
CARLOS COOPER,

    Plaintiffs,

v.                               Case No.  2:19-cv-01149 GJF/KRS

CITY OF LAS CRUCES,
LAS CRUCES POLICE DEPARTMENT,
JEREMIAH McDANIEL, and
CHRISTOPHER NEVAREZ,

    Defendants.

## ORDER GRANTING MOTION TO STAY DISCOVERY PENDING RULING ON QUALIFIED IMMUNITY

**THIS MATTER** is before the Court on Defendants City of Las Cruces, Jeremiah McDaniel and Christopher Nevarez' Motion to Stay Discovery Pending Ruling on Qualified Immunity, (Doc. 47), filed on April 7, 2021. The Court, having reviewed the motion, noting it is unopposed, and being sufficiently advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that discovery in this matter is stayed pending the Court's disposition of Defendants' Motion for Summary Judgment on the Basis of Qualified Immunity (Doc. 45).

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

MYNATT MARTÍNEZ SPRINGER P.C.


 /s/  *Electronically Submitted 04-07-21*
DAMIAN L. MARTÍNEZ
N.M. Bar No. 14678
HALEY R. GRANT
N.M. Bar No. 145671
P.O. Box 2699
Las Cruces, NM  88004-2699
(575) 524-8812
dlm@mmslawpc.com
hrg@mmslawpc.com
*Attorneys for Defendants*


Approved:

MCGRAW & STRICKLAND, LLC


*Approved via phone on 04-07-21*
MARGARET STRICKLAND, ESQ.
165 West Lucero
Las Cruces, NM 88005
(575) 523-4321
Margaret@lawfirmnm.com
*Attorney for Plaintiffs*